H. Jasmine Dzhanszyan, Esq.  SBN 240462
**RAY BULAON LAW OFFICES, INC.**
315 Arden Ave., Suite 22
Glendale, CA 91203
Tel: (818) 243-7745
Fax: (818) 243-7795

Attorney for Debtors

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA –LOS ANGELES DIVISION

| | |
|---|---|
| In re:<br><br>**JUAN CARRILLO**<br>**IRMA CARRILLO**<br><br>Debtors. | Case No: **2:10-bk-44078 EC**<br>Chapter 13<br><br>**APPLICATION FOR**<br>**SUPPLEMENTAL FEES**<br><br>(NO HEARING REQUIRED) |

TO THE HONORABLE BANKRUPTCY JUDGE:

Applicant is counsel of record for the above-named Debtors who are under a confirmed Chapter 13

Plan.  Fees were awarded for confirmation in the amount of $4,000.00.  There have been no

Supplemental Fees awarded to date.  Total fees awarded to date are $4,000.00.  There are no

additional pending supplemental fee applications to date.

Since confirmation of said Plan, Applicant has performed certain extraordinary services at the request

of the Debtor as follows:

     PLEASE SEE ATTACHED ADDENDUM

The reasonable value of said services is $ 1,500.00, of which $0.00 has been paid.

WHEREFORE, your Applicant prays that an allowance be made in the sum of $ 1,500.00.

Dated: December 3, 2010

Ray Bulaon Law Offices, Inc.

H. Jasmine Dzhanszyan
Attorney for Debtors

-1-

JUAN CARRILLO
IRMA CARRILLO
2:10-bk-44078 EC

## ADDENDUM

| DATE | ACTIVITY | TIME SPENT |
|------|----------|------------|
| 07-18-2010 | H. Jasmine Dzhanszyan ("HJD") consultation with client concerning strip down of client's second mortgage. | 30 min |
| 09-17-2010 - 10-18-2010 | HJD negotiation of stipulated order ("STIP") w/ secured creditor. | 3 hr |
| 10-18-2010 | HJD prepared Order on STIP. | 45 min |
| 10-29-2010 | HJD reviewed entered Order on STIP. | 15 min |
| 11-16-2010 | ESV prepared Application for Supplemental Fees. | 30 min |

Attorney RJB/HJD hourly rate for case = $375
Legal Secretary ILH/ ESV hourly rate for case = $ 125


HJD 4hours 30 minutes $375      =      $   1687.50
ILH/ESV 30 minutes at $125      =      $      62.50
    TOTAL FEES                  =      $   1,750.00

**TOTAL REQUESTED FEES: $  1500.00**

| In re:<br>**JUAN CARRILLO**<br>**IRMA CARRILLO**<br><div align="right">Debtor(s).</div> | CHAPTER: 13<br><br>CASE NUMBER: 2:10-bk-44078 EC |
|---|---|

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

**315 Arden Ave., Suite 22, Glendale, CA 91203**

A true and correct copy of the foregoing document described **Application for Supplemental Fees** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

I.  **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On **12/3/2010** I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

**Kathy A. Dockery, Chapter 13 Trustee: efiling@CH13LA.com**
**U.S. Trustee, Los Angeles Division: ustpregion16.la.ecf@usdoj.gov**

<div align="right">☐ Service information continued on attached page</div>

II. **SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served):
On ____**12/3/2010**____I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be</u> completed no later than 24 hours after the document is filed.

<div align="right">☒ Service information continued on attached page</div>

III. **SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **12/2/2010** I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on the judge <u>will be</u> completed no later than 24 hours after the document is filed.

<div align="right">☐ Service information continued on attached page</div>

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| _____12/3/2010_____ | _____Emmanuel Vargas_____ | _____ |
|---|---|---|
| Date | Type Name | Signature |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009

**F 9013-3.1**

In re:
**JUAN CARRILLO**
**IRMA CARRILLO**

Debtor(s).

CHAPTER: 13

CASE NUMBER: 2:10-bk-44078 EC

Juan & Irma Carrillo
7565 Citronell Ave.
Pico Rivera, CA 90660

Honorable Ellen Carroll
United States Bankruptcy Court
255 E. Temple Street, Suite 1634
Los Angeles, CA 90012

Kathy A. Dockery,Chapter 13
Trustee
700 S. Flower Street
Suite 1950
Los Angeles, CA 90017

American General Finance
11725 Whittier Blvd
Whittier, CA 90601

Barclays Bank Delaware
125 S West St
Wilmington, DE 19801

Bishop White & Marshall, P.S.
1355 Willow Way #254
Concord, CA 94520

Capital Management Services
726 Exchange St - Suite 700
Buffalo, NY 14210

Capital One
Po Box 85520
Richmond, VA 23285

Chase
Po Box 15298
Wilmington, DE 19850

Chase
Bank One Card Service
800 Brooksedge Blvd
Westerville, OH 43081

Chevron
Pob 5010 Room 1242
Concord, CA 94524

Citi
Po Box 6241
Sioux Falls, SD 57117

Franchise Tax Board
Special Procedures
P O Box 2952
Sacramento, CA 95812-2952

Gemb/Walmart
Po Box 981400
El Paso, TX 79998

Hfc
Po Box 3425
Buffalo, NY 14240

Wfnnb/Newport News
995 W 122nd Ave
Westminster, CO 80234

Hsbc Auto
6602 Convoy Ct
San Diego, CA 92111

Hsbc Bank
Po Box 5253
Carol Stream, IL 60197

Hsbc Nv
Po Box 5253
Carol Stream, IL 60197

Hunt & Henriques
151 Bernal Road, Suit #8
San Jose, CA 95119

Wfnnb/Victorias Secret
Po Box 182128
Columbus, OH 43218

Legal Recovery Law Offices
5030 Camino De La Siesta, Suite 340
San Diego, CA 92108

Lvnv Funding Llc
Po Box 740281
Houston, TX 77274

Mann Bracken LLP
702 King Farm Blvd.
Rockville, MD 20850

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*

**F 9013-3.1**

| In re:<br>**JUAN CARRILLO**<br>**IRMA CARRILLO**<br><div align="right">Debtor(s).</div> | CHAPTER: 13<br><br>CASE NUMBER: 2:10-bk-44078 EC |
|---|---|

Mann Bracken LLP
702 King Farm Blvd
Rockville, MD 20850

Medicredit Corporation
1801 California Ave
Corona, CA 92881

Pnc Mortgage
6 N Main St
Dayton, OH 45402

Shell/Citi
Po Box 6497
Sioux Falls, SD 57117

SIMM Associates, Inc.
Biddle Bldg, Suite 200
200 Biddle Ave.
Newark, DE 19702-3966

South Bay Credit Union
2304 Artesia Blvd
Redondo Beach, CA 90278

The Home Depot/Cbsd
Po Box 6497
Sioux Falls, SD 57117

U.S. Trustee- Los Angeles Division
725 S. Figueroa St., 26th Floor
Los Angeles, CA 90017-5524

Wells Fargo Finance
2501 Seaport Dr Ste Bh30
Chester, PA 19013

Wenger Furniture
4552 Whittier Blvd
Los Angeles, CA 90022

West Asset Management
PO Box 956842
Saint Louis, MO 63195

Wfnnb/Domestications
Po Box 2974
Shawnee Mission, KS 66201

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*                                                                                     **F 9013-3.1**